## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

        Hortense C. Tippett,

             Debtor.

Case No. 24-10745-amc

Chapter 13

### Acknowledgement of Bankruptcy Representative

**I.**      **Notice**

The purpose of this Acknowledgment is to designate Lamont M. Tippett (the "Bankruptcy Representative") with powers to act on behalf of Hortense C. Tippett (the "Debtor") in the Bankruptcy Case captioned above.

**II.**     **Duties of Bankruptcy Representative**

The Bankruptcy Representative shall:

1. Act in accordance with the Debtor's reasonable expectations to the extent actually known by the Bankruptcy Representative and, otherwise, in the Debtor's best interest.

2. Act in good faith.

3. Act only within the scope of authority granted in this Acknowledgement.

4. Act loyally for the Debtor's benefit.

5. Keep the Bankruptcy Representative's funds separate from the Debtor's funds unless the funds were not kept separate as of the date of this Acknowledgment

6. Act so as not to create a conflict of interest that impairs the Bankruptcy Representative's ability to act impartially in the Debtor's best interest.

7. Act with the care, competence and diligence ordinarily exercised by agents in similar circumstances.

8. Keep a record of all receipts, disbursements and transactions made on behalf of the Debtor.

**III.**    **Powers of Bankruptcy Representative**

Subject to the duties listed above and other duties under applicable law, the Bankruptcy Representative shall have the power to:

1. Attend and participate in 341 meetings of creditors on behalf of the Debtor.

2. Manage the financial affairs of the Debtor and, to the extent permitted by the Bankruptcy Code, the bankruptcy estate during the Bankruptcy Case

3. Consult with the Debtor's attorney(s) on behalf of the Debtor.

4. Take necessary and appropriate action to resolve the Bankruptcy Case according to the reasonable expectations of the Debtor to the extent actually known by the Bankruptcy Representative and, otherwise, in the Debtor's best interest.

**IV.     Acknowledgment**

I, Lamont M. Tippett, have read this Acknowledgement and am the person identified as the Bankruptcy Representative for the Debtor. I hereby acknowledge that when I act as agent, I shall act in accordance with the Debtor's reasonable expectations to the extent actually known by me and, otherwise, in the Debtor's best interest, act in good faith and act only within the scope of authority granted to me by the Debtor in this Acknowledgment.


Date: February 15, 2024                              /s/ Lamont M. Tippett
                                                     Lamont M. Tippett
                                                     346 Congress Ave.
                                                     Lansdowne, PA 19050