# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>HORTENSE C TIPPETT | CASE NO: 24-10745-amc<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 9 |

On 3/25/2024, I did cause a copy of the following documents, described below,

Debtor's Motion to Approve Lamont M. Tippett as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements ECF Docket Reference No. 9

Notice of Debtor's Motion to Approve Lamont M. Tippett as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements, Response Deadline, and Hearing Date 10

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/25/2024

/s/ Michael A. Cibik
Michael A. Cibik  23110
Attorney for Debtor
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
215 735 1060
mike.assad@cibiklaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> HORTENSE C TIPPETT | CASE NO: 24-10745-amc <br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 13 <br> ECF Docket Reference No. 9 |

On 3/25/2024, a copy of the following documents, described below,

Debtor's Motion to Approve Lamont M. Tippett as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements ECF Docket Reference No. 9

Notice of Debtor's Motion to Approve Lamont M. Tippett as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements, Response Deadline, and Hearing Date 10

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/25/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| CASE INFO<br><br>  LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-10745-AMC<br>EASTERN DISTRICT OF PENNSYLVANIA<br>MON MAR 25 7-56-1 PST 2024 | ~~EXCLUDE~~<br><br>~~PHILADELPHIA~~<br>~~900 MARKET STREET~~<br>~~SUITE 400~~<br>~~PHILADELPHIA   PA 19107-4233~~ | ALLWELL<br>PO BOX 10420<br>VAN NUYS  CA 91410-0420 |
| BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA   FL 33634-2413 | CAPITAL ONE NA<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CITADEL FCU<br>ATTN BANKRUPTCY 520 EAGLEVIEW BLVD<br>EXTON   PA 19341-1119 |
| CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>6801 S CIMARRON RD<br>LAS VEGAS   NV 89113-2273 | DELAWARE COUNTY TAX CLAIM BUREAU<br>201 W FRONT ST<br>MEDIA   PA 19063-2768 | FINANCE OF AMERICA REVERSE LLC<br>3900 CAPITAL CITY BLVD<br>LANSING  MI 48906-2147 |
| FST PREMIER<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | KOHLSCAPITAL ONE<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE  WI 53201-3043 |
| MCCABE  WEISBERG  CONWAY<br>1420 WALNUT ST STE 1501<br>PHILADELPHIA   PA 19102-4015 | MERRICK BANKCARD WORKS<br>ATTN BANKRUPTCY<br>PO BOX 9201<br>OLD BETHPAGE   NY 11804-9001 | MIDLAND FUNDING  LLC<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO  CA 92193-9069 |
| ONE MAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | PECO ENERGY COMPANY<br>2301 MARKET ST<br>PHILADELPHIA  PA 19103-1380 | (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>1 REVENUE PL<br>HARRISBURG  PA 17129-0001 | PENNSYLVANIA OFFICE OF GENERAL COUNSEL<br>333 MARKET ST FL 17<br>HARRISBURG  PA 17101-2210 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| (P)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | US ATTORNEY  EASTERN DISTRICT OF PA<br>615 CHESTNUT ST STE 1250<br>PHILADELPHIA  PA 19106-4404 | US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON  DC 20530-0009 |
| UNITED STATES TRUSTEE<br>OFFICE OF UNITED STATES TRUSTEE<br>ROBERT NC NIX FEDERAL BUILDING<br>900 MARKET STREET<br>SUITE 320<br>PHILADELPHIA  PA 19107-4202 | UPPER DARBY SCHOOL DISTRICT<br>8201 LANSDOWNE AVENUE<br>UPPER DARBY  PA 19082-5496 | UPPER DARBY TOWNSHIP<br>100 GARRETT RD<br>UPPER DARBY  PA 19082-3135 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
                                        DEBTOR
WELLS FARGO BANK NA                     HORTENSE C TIPPETT              KENNETH E WEST
ATTN BANKRUPTCY 1 HOME CAMPUS MAC X2303  346 CONGRESS AVENUE            OFFICE OF THE CHAPTER 13 STANDING
DES MOINES  IA 50328-0001               LANSDOWNE  PA 19050-1004        TRUSTE
                                                                        1234 MARKET STREET - SUITE 1813
                                                                        PHILADELPHIA  PA 19107-3704




MICHAEL A CIBIK
CIBIK LAW  PC
1500 WALNUT STREET
SUITE 900
PHILADELPHIA  PA 19102-3518
```

COURT'S LIST OF ELECTRONIC SERVICE RECIPIENTS

(Trustee)
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

ecfemails@ph13trustee.com

(U.S. Trustee)
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

USTPRegion03.PH.ECF@usdoj.gov

(Debtor)
Hortense C. Tippett
346 Congress Avenue
Lansdowne, PA 19050
represented by:
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

help@cibiklaw.com