# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10745-amc |
| Hortense C. Tippett, | Chapter 13 |
| Debtor. | |

**Praecipe**

To the Clerk of Court:

The Debtor has been unresponsive to Counsel's requests for documents and other information needed to prepare the schedules, statements, and related documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007. For that reason, Counsel does not expect this case to proceed further.

Date: April 24, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com