*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
|    Hortense C. Tippett | )    Case No. 24–10745–amc |
| | ) |
| Debtor(s). | )    Chapter: 13 |
| | ) |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated April 1,2024, this case is hereby DISMISSED.

*(signature)*
_____
Ashely M. Chan
Judge, United States Bankruptcy Court

**Date: April 26, 2024**

Missing Documents:
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2