United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 24-10745-amc
Hortense C. Tippett | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Apr 26, 2024 Form ID: pdf900 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hortense C. Tippett, 346 Congress Avenue, Lansdowne, PA 19050-1004 |
| 14864715 | | Allwell, Po Box 10420, Van Nuys, CA 91410-0420 |
| 14864721 | | Finance of America Reverse LLC, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 14864725 | + | McCabe, Weisberg & Conway, 1420 Walnut St Ste 1501, Philadelphia, PA 19102-4015 |
| 14864732 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14864737 | + | Upper Darby School District, 8201 Lansdowne Avenue, Upper Darby, PA 19082-5496 |
| 14864738 | | Upper Darby Township, 100 Garrett Rd, Upper Darby, PA 19082-3135 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 26 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14864716 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2024 23:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14864717 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:32:05 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14867814 | + | Email/Text: Bankruptcy@ReverseDepartment.com | Apr 26 2024 23:52:00 | Celink, Attn Bankruptcy Department,, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 14864718 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 26 2024 23:53:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14864719 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2024 00:20:18 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14864720 | + | Email/Text: duffyk@co.delaware.pa.us | Apr 26 2024 23:53:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14864722 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 27 2024 00:44:52 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14864723 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2024 23:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14864724 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2024 23:52:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14870619 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2024 00:20:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14864726 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | Apr 27 2024 00:19:29 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14864727 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2024 23:53:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14864728 | + | Email/PDF: cbp@omf.com | Apr 27 2024 00:21:09 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14864729 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 26 2024 23:53:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14864730 | | Email/Text: fesbank@attorneygeneral.gov | Apr 26 2024 23:52:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14864733 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:32:44 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14864731 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14864734 | | Email/PDF: cbp@omf.com | Apr 27 2024 00:55:19 | Springleaf Financial S, Po Box 218, Upper Darby, PA 19082 |
| 14864735 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 26 2024 23:53:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14864736 | ^ | MEBN | Apr 26 2024 23:46:50 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14864739 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2024 00:21:08 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 30 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Hortense C. Tippett help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Hortense C. Tippett<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−10745−amc<br><br>Chapter: 13 |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated April 1,2024, this case is hereby DISMISSED.

**Date: April 26, 2024**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2